1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )
                                        )
12                  Plaintiff,          )       SA 09-492M
                                        )
13        v.                            )       ORDER OF DETENTION AFTER HEARING
                                        )           (18 U.S.C. § 3142(i))
14   GABRIEL SANDOVAL NAVARETTE,        )
                                        )
15                  Defendant.          )
                                        )
16

17                                              I.

18      A.  ( ) On motion of the Government involving an alleged

19          1. ( ) crime of violence;

20          2. ( ) offense with maximum sentence of life imprisonment or death;

21          3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§ 801,/951, et. seq..,/955a);

23          4. ( ) felony - defendant convicted of two or more prior offenses described above.

24      B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25          1. ( X ) serious risk defendant will flee;

26          2. ( ) serious risk defendant will

27              a. ( ) obstruct or attempt to obstruct justice;

28              b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1  II.

2  The Court finds no condition or combination of conditions will reasonable assure:

3  A. ( X )   appearance of defendant as required; and/or

4  B. ( ) safety of any person or the community;

5  III.

6  The Court has considered:

7  A. ( x) the nature and circumstances of the offense;

8  B. (x) the weight of evidence against the defendant;

9  C. (x) the history and characteristics of the defendant;

10  D. ( ) the nature and seriousness of the danger to any person or to the community.

11  IV.

12  The Court concludes:

13  A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15  B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16  **Defendant is undocumented.  He has no ties to the community and no bail**

17  **resources.**

18

19  C. ( ) A serious risk exists that defendant will:

20      1. ( )   obstruct or attempt to obstruct justice;

21      2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23  D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24      provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections 3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private 5 consultation with his counsel.

8 Dated: November 12, 2009

MARC L. GOLDMAN
_____
Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)      - 3 -      Page 3 of 3